UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 20-1725

———

In re:  WASHINGTON MUTUAL, INC., et al., Debtors


ALICE GRIFFIN, Appellant

———

(Del. D.C. No. 1-19-cv-00775)

———

Present: SMITH, Chief Judge, MCKEE, AMBRO, JORDAN, SHWARTZ, KRAUSE,
RESTREPO, BIBAS, PORTER, MATEY, PHIPPS and FISHER, *Circuit Judges*.

———

SUR PETITION FOR REHEARING

———

        The petition for rehearing filed by appellant, Alice Griffin in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is **granted in part**.  See I.O.P. 9.5.1 (petition for rehearing en banc is presumed to request both panel rehearing and rehearing en banc). An erroneous citation in footnote 25 of the original opinion is corrected in the amended opinion filed concurrently with this order. In all other respects, the petition for panel rehearing is denied. The clerk is directed to re-enter the judgment with the amended opinion.

        The petition for rehearing having been submitted to all the other available circuit judges of the circuit in regular active service, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the Court en banc is denied.


                                BY THE COURT:


                                *s/ D. Michael Fisher*
                                Circuit Judge

Dated: March 23, 2021
Tmm/cc: Alice Griffin
Mark D. Collins, Esq.

Marcos A. Ramos, Esq.
Brian S. Rosen, Esq.
Amanda R. Steele, Esq.
William P. Bowden, Esq.
Lucas C. Townsend, Esq.